UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LONNIE CLEMONT ENCALADE                    CIVIL ACTION

VERSUS                                     NO. 23-3283

25TH JUDICIAL DISTRICT COURT, *et al.*     SECTION M (2)

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"),[1] and plaintiff Lonnie Clement Encalade's objection to the R&R,[2] hereby approves the R&R and adopts it as its opinion. In his objection, plaintiff states that the Magistrate Judge "clearly is wrong in her dismissing of the case."[3] He first argues that she was wrong because she denied his motions for an attorney. However, his motion to appoint counsel was not an issue addressed in the R&R.[4] He also argues that the expectations placed on him as a lay person are absurd.[5] The Court has reviewed the R&R and agrees with the standards employed by the Magistrate Judge and imposed on plaintiff, even one acting *pro se*, as well as with the Magistrate Judge's findings and recommendations.

Accordingly,

IT IS ORDERED that plaintiff's objection is OVERRULED.

IT IS FURTHER ORDERED that plaintiff's claims under 42 U.S.C. § 1983 against Sylvia Biggs, Wanda Biggs, Joy Jones, and an unidentified attorney are DISMISSED WITH PREJUDICE

---

[1] R. Doc. 40.
[2] R. Doc. 44. Because plaintiff made no other filing that could be deemed an objection to the R&R, the Court treats plaintiff's filing titled "Notice of Motion to Appeal Order Show Cause" (R. Doc. 44) as an objection to the R&R. After all, the R&R recommended dismissal of the case, which is the action to which plaintiff's filing objects.
[3] *Id.* at 1.
[4] Plaintiff's motion to appoint counsel was ruled on in a prior order entered by the Magistrate Judge. R. Doc. 20; *see also* R. Doc. 39.
[5] R. Doc. 44 at 1.

as malicious, frivolous, time-barred, and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. § 1915(e).

IT IS FURTHER ORDERED that plaintiff's § 1983 claims against the unidentified judge are DISMISSED WITH PREJUDICE as frivolous and time-barred, and for seeking relief against an immune defendant, and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. § 1915.

IT IS FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over plaintiff's state law claims in accordance with 28 U.S.C. § 1367(c)(3) having dismissed all claims over which it has original jurisdiction.

IT IS FURTHER ORDERED that plaintiff's motion for injunction (R. Doc. 5) is DENIED.

New Orleans, Louisiana, this 31st day of October, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE